**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

LOWER BUCKS COUNTY JOINT       :    No. 414 MAL 2020
MUNICIPAL AUTHORITY,              :
                                         :
             Petitioner            :
                                         :
                                         :
             v.                    :
                                         :
                                         :
RAYMOND W. DUKES AND KATHLEEN A.   :
DUKES,                                    :
                                         :
             Respondents       :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 2nd day of February, 2021, upon consideration of the "Motion to Withdraw Petition for Allowance of Appeal and Remand for Further Proceedings," the request to withdraw the petition is **GRANTED**; however, the request for a special remand is **DENIED**, without prejudice to the pursuit of any necessary and appropriate enforcement remedies in the ordinary course.